**United States Bankruptcy Court**
**District of Puerto Rico, San Juan Division**

**IN RE:**                                                                 Case No. _____

**ROLDAN RODRIGUEZ, JUSTINA**_____ Chapter **13** _____
                              Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☐ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.

2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

---

PLAN DATED: **4/22/2016**_____            ☐ AMENDED PLAN DATED: _____
    ☑ PRE ☐ POST-CONFIRMATION                                    Filed by: ☐ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$_____**240.00** x ____**60** = $ _____**14,400.00**
$_____ x_____ = $ _____
$_____ x_____ = $ _____
$_____ x_____ = $ _____
$_____ x_____ = $ _____

                TOTAL: $ _____**14,400.00**

Additional Payments:
$_____ to be paid as a LUMP SUM
within _____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$_____ x_____ = $ _____

        PROPOSED BASE: $ _____**14,400.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ _____**2,868.00**

Signed: **/s/ JUSTINA ROLDAN RODRIGUEZ**_____
        Debtor

_____
        Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☐ Trustee pays secured ARREARS:
Cr. _____ Cr. _____ Cr. _____
   # _____    # _____    # _____
   $ _____    $ _____    $ _____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **Firstbank Puerto Ric** Cr. _____ Cr. _____
   # **6233**_____    # _____    # _____
   $ _____**7,752.00**    $ _____    $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____ Cr. _____ Cr. _____
   # _____    # _____    # _____
   $ _____    $ _____    $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____
5. ☐ Other:
_____
6. ☐ Debtor otherwise maintains regular payments directly to:
_____
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
         ☐ Paid 100% / ☐ Other: _____
Cr. _____ Cr. _____ Cr. _____
   # _____    # _____    # _____
   $ _____    $ _____    $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*
**\* Debtor to provide ADEQUATE PROTECTION PAYMENTS to Firstbank PR through the Trustee in the sum $120 per month for the next eight months or until confirmation.**
**\* Debtor to provide auto insurance (Eastern America Insurance Company) upon maturity to Firstbank PR through Chapter 13 Plan.**
**\* Attorney Fee Provision: Trustee will pay Attorney's fees before any claim and after administrative expenses.**

---

Attorney for Debtor **Figueroa & Serrano, PSC**_____ Phone: **(787) 744-7699**

CHAPTER 13 PAYMENT PLAN

© 2016 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)